RICARDO LOPEZ
PLAINTIFF/PETITIONER/MOVANT'S NAME
V-49533
PRISON NUMBER

California Men's Colony East
PLACE OF CONFINEMENT

Cell 6231
P.O. Box 8101
San Luis Obispo, CA. 93409-8101
ADDRESS

**FILED**
MAR - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

2254  1983
FILING FEE PAID
Yes___ No ✓
IFP MOTION FILED
Yes ✓ No___
COPIES SENT TO
Court ✓ ProSe___

## United States District Court
### Southern District Of California

RICARDO LOPEZ
    Plaintiff/Petitioner/Movant

                v.

C. COOK
R.H. MEISEL, O.D.
N. BARRERAS, C.M.O.
MAJID MANI, M.D.  Defendant/Respondent

Civil No. **'08 CV 0438 H LSP**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Ricardo Lopez
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?  (Yes)  No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?          (Yes)  No
    Do you receive any payment from the institution?  (Yes)  No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                              ::ODMA\PCDOCS\WORDPERFECT\22835\1



2. Are you currently employed?   Yes   (No)
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   Yes   (No)
   b. Rent payments, royalties interest or dividends   Yes   (No)
   c. Pensions, annuities or life insurance   Yes   (No)
   d. Disability or workers compensation   Yes   (No)
   e. Social Security, disability or other welfare   Yes   (No)
   e. Gifts or inheritances   Yes   (No)
   f. Spousal or child support   Yes   (No)
   g. Any other sources   Yes   (No)

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____
   _____

4. Do you have any checking account(s)?   Yes   (No)
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   Yes   (No)
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?   Yes   (No)
   a. Make:              Year:           Model:
   b. Is it financed?   Yes   No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?

   Yes  (No)

   If "Yes" describe the property and state its value. _____

   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   Court ordered restitution

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DATE 2-19-08    RICARDO López / Ricardo López
                        SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(**Incarcerated applicants only**)
(To be completed by the institution of incarceration)

I certify that the applicant __Ricardo Lopez__,
(NAME OF INMATE)

__V 49533__,
(INMATE'S CDC NUMBER)

has the sum of $ _____ on account to his/her credit at _____

_____
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __1.24__,

and the *average monthly deposits* to the applicant's account was $ __2.94__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__3/4/08__
DATE

_[signature]_
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__CAROLE F SCOTT__
OFFICER'S FULL NAME (PRINTED)

__ACCOUNTING TECH__
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, Ricardo Lopez, # V-49533 , request and authorize the agency holding me in
(Name of Prisoner/CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either • $150 (civil complaint) or • $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE 2-19-08         *Ricardo Lopez*
                     SIGNATURE OF PRISONER

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIFORNIA MENS COLONY
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: OCT. 04, 2007 THRU MAR. 04, 2008


ACCOUNT NUMBER : V49533                  BED/CELL NUMBER: EFCQB6F200006279X
ACCOUNT NAME   : LOPEZ, RICARDO          ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  ------------   --------  ---------  ---------  -----------   --------

10/04/2007   BEGINNING BALANCE                                               0.00

   ACTIVITY FOR 2008
01/02*VD54 INMATE PAYROL 2797/06                    6.30                    6.30
01/09*W516 LEGAL COPY CH 3010                                    4.80       1.50
02/01*VD54 INMATE PAYROL 3334/09                    0.98                    2.48
02/01*VD54 INMATE PAYROL 3334/09                    2.91                    5.39
02/07 FC01 DRAW-FAC 1    1      CE1                              5.39       0.00
03/03*VD54 INMATE PAYROL 3777-08                    7.43                    7.43


                          CURRENT HOLDS IN EFFECT
  DATE       HOLD
  PLACED     CODE     DESCRIPTION               COMMENT       HOLD AMOUNT
 ---------   ----   ---------------------      ----------    -----------

 02/15/2008  H118   LEGAL COPIES HOLD          3616/W516         3.30


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/10/04                 CASE NUMBER: BA259963
COUNTY CODE: LA                          FINE AMOUNT: $   2,000.00

  DATE       TRANS.    DESCRIPTION              TRANS. AMT.   BALANCE
 --------   ------    -----------------------  -----------   ---------

 10/04/2007          BEGINNING BALANCE                         2,000.00

 01/02/08   VR54     RESTITUTION DEDUCTION-SUPPORT    7.00-    1,993.00
 02/01/08   VR54     RESTITUTION DEDUCTION-SUPPORT    1.07-    1,991.93
 02/01/08   VR54     RESTITUTION DEDUCTION-SUPPORT    3.23-    1,988.70
 03/03/08   VR54     RESTITUTION DEDUCTION-SUPPORT    8.25-    1,980.45
```

CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 04, 2007 THRU MAR. 04, 2008

ACCT: V49533    ACCT NAME: LOPEZ, RICARDO    ACCT TYPE: I

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       \*

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 17.62 | 10.19 | 7.43 | 3.30 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
4.13

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Carole_ TRUST OFFICE, 3-4-08

```
CALIFORNIA DEPARTMENT OF CORRECTIONS
         CALIFORNIA MENS COLONY
       INMATE TRUST ACCOUNTING SYSTEM
       INMATE TRUST ACCOUNT STATEMENT

   FOR THE PERIOD: OCT. 04, 2007 THRU MAR. 04, 2008


       TOTAL NUMBER OF STATEMENTS PRINTED:        1

TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:    7.43
```