# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Ricardo Lopez

vs

C. Cook, Medical Appeals Analyst; R.H. Meisel, Clinical Optometrist; N. Barreras, Chief Medical Officer; Majid Mani, Opthamologist

**SUMMONS IN A CIVIL ACTION**

Case No.   08-CV-0439 H(LSP)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

> Ricardo Lopez V-49533
> California Men's Colony East (Cell 6279)
> P.O. Box 8101
> San Luis Obispo, CA 93409-8101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
Clerk of Court

A. Garcia (SEAL)
By, Deputy Clerk

July 9, 2008
DATE

AO 440 (Rev 5/85) Summons in a Civil Action