1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KRISTIN G. HOGUE
   Supervising Deputy Attorney General
3  DOUGLAS E. BAXTER, State Bar No. 201351
   Deputy Attorney General
4   110 West A Street, Suite 1100
    San Diego, CA 92101
5   P.O. Box 85266
    San Diego, CA 92186-5266
6   Telephone: (619) 645-2034
    Fax:       (619) 645-2012
7   Email: Douglas.Baxter@doj.ca.gov

8  Attorneys for Defendant R.H. Meisel

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICARDO LOPEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**C. COOK, Medical Appeals Analyst, R.H. MEISEL, Clinical Optometrist, N. BARRERAS, Chief Medical Officer, MAJID MANI, Opthalmologist,**<br><br>Defendants. | Civil Case No.: 08cv0438 H(LSP)<br><br>**EX PARTE APPLICATION BY DEFENDANT R.H. MEISEL FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING OR MOTION TO FIRST- AMENDED COMPLAINT**<br><br>Magistrate Judge: Hon. Leo S. Papas |

Defendant R.H. Meisel, O.D. hereby applies to the Court ex parte for an order extending the time to file a responsive pleading or motion to the first-amended complaint in this action. The undersigned counsel advised Plaintiff, a pro per inmate, of this request via facsimile sent to California Men's Colony (where Plaintiff is currently incarcerated) and delivered to Plaintiff through the prison's Litigation Coordinator on August 22, 2008. Defendant Meisel has not sought or obtained any previous extensions of time.

Such an extension of time is appropriate for the following reasons: 1) Defendant Meisel intends to file a responsive pleading or motion and to defend himself in the instant litigation; 2) Defendant Meisel is entitled to legal representation through the Attorney General's Office at the

1  expense of the State of California;  3) although the United States Marshal's Service left a copy of
2  the summons and complaint with Defendant Meisel's colleague on August 8, 2008, Defendant
3  Meisel did not obtain the documents for a few days after the 8th;  4) the ensuing process of
4  transferring Defendant Meisel's request for representation through the prison Litigation
5  Coordinator to the Attorney General's Office caused the Attorney General's Office to receive the
6  request on August 20, 2008; 5) Defendant Meisel is leaving for a pre-planned trip to Africa on
7  August 23, 2008, and will not be returning until September10, 2008; and 6) this leaves
8  insufficient time for Defendant Meisel to assist his assigned attorney - Deputy Attorney General
9  Douglas E. Baxter - in evaluating the case and preparing a responsive pleading or motion by
10 August 28, 2008.
11     Accordingly, Defendant Meisel respectfully requests that the Court grant him a period of 45
12 days from the date of this application -  until September 26, 2008 - to file a pleading or motion
13 responsive to the first-amended complaint.  Good cause exists for an extension of time to file a
14 responsive pleading or motion under Civil Local Rule 12.1.
15     This ex parte application is supported by the attached Declaration of Douglas E. Baxter.
16     Dated:  August 22, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

KRISTIN G. HOGUE
Supervising Deputy Attorney General

  /s/ Douglas E. Baxter
DOUGLAS E. BAXTER
Deputy Attorney General
Attorneys for Defendant
R.H. Meisel

Ex parte.wpd
SD2008802035

Case No. 08cv0438 H(LSP)