EDMUND G. BROWN JR.
Attorney General of the State of California
KRISTIN G. HOGUE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER, State Bar No. 201351
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2034
Fax: (619) 645-2012
E-mail: Douglas.Baxter@doj.ca.gov
Attorneys for Defendant R.H. Meisel

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICARDO LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>C. COOK, Medical Appeals Analyst, R.H. MEISEL, Clinical Optometrist, N. BARRERAS, Chief Medical Officer, MAJID MANI, Opthalmologist,<br><br>Defendants. | Civil Case No.: 08cv0438 H(LSP)<br><br>**DECLARATION OF DOUGLAS E. BAXTER IN SUPPORT OF EX PARTE APPLICATION BY DEFENDANT R.H. MEISEL FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING OR MOTION TO FIRST- AMENDED COMPLAINT**<br><br>Magistrate Judge: Hon. Leo S. Papas |

I, Douglas E. Baxter, hereby declare:

1. I am an attorney licensed to practice law in the State of California. I am employed as a Deputy Attorney General by the California Office of the Attorney General. I am assigned to represent Defendant R.H. Meisel the above-entitled case.

2. Defendant R.H. Meisel performs contract medical services as an Optometrist for the California Department of Corrections and Rehabilitation. He is being sued by Plaintiff for alleged acts arising within the course and scope of this contract employment. He is entitled to legal representation paid for by the State of California.

3. On August 20, 2008, I learned for the first time that the United States Marshal's Service had filed a proof of service with the Court, attesting to personal service of the first-amended complaint and summons upon Defendant Meisel on August 8, 2008. I further learned that the Court had set August 28, 2008, as the deadline for Defendant Meisel to file a responsive pleading.

4. I have learned that, since the summons and complaint were left with Defendant Meisel's colleague at an office that Defendant Meisel only visits twice each month, it took a few days before Defendant Meisel was provided copies of the summons and complaint. Afterward, Defendant Meisel tendered the documents over to the Litigation Coordinator at Centinela State Prison with a request for representation from the Attorney General's Office. My office did not receive this request until August 20, 2008. I spoke to Defendant Meisel for the first time on August 21, 2008, and he authorized me to file this ex parte application for an extension of time to file a responsive pleading or motion to the first-amended complaint. He has requested representation by the Attorney General's Office

5. Defendant Meisel will be leaving for a pre-planned trip to Africa on August 23, 2008. He will not be returning until September 10, 2008.

6. Once Defendant Meisel returns, I will need time to consult with him on the issues in the first-amended complaint in order to prepare the appropriate responsive pleading or motion. Part of this consultation will entail analyzing Plaintiff's medical records, which will likely take as much as two weeks to procure from the prison where Plaintiff is currently incarcerated.

7. Plaintiff is presently incarcerated at California Men's Colony. On August 22, 2008, I faxed a letter to Plaintiff through the Litigation Coordinator's office at this prison. The letter advised Plaintiff that Defendant Meisel would be filing an ex parte application for an order extending the time for Defendant Meisel to file a responsive pleading. My letter advised Plaintiff that Dr. Meisel would be seeking a 45-day extension from the date the ex parte application is filed. The letter included copies of R.H. Meisel's ex parte application, the proposed order, and this declaration.

I declare under the penalty of perjury under the laws of the State of California and the

United States that the forgoing statements are true and correct and based on my own personal knowledge. Executed on this day, the 22nd day of August 2008, in San Diego, California.

/s/ Douglas E. Baxter
DOUGLAS E. BAXTER

Dec.wpd
SD2008802035