## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   Ricardo Lopez v. C. Cook, R.H. Meisel, N. Barreras, and Maji Mani
U.S.D.C. Southern Disctrict, Case No.: 08 CV 0438 H (LSP)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **August 22, 2008**, I served the attached:

**EX PARTE APPLICATION BY DEFENDANT R.H. MEISEL FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING OR MOTION TO FIRST-AMENDED COMPLAINT**

**DECLARATION OF DOUGLAS E. BAXTER IN SUPORT OF EX PARTE APPLICATION BY DEFENDANT R.H. MEISEL FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING OR MOTION TO FIRST-AMENDED COMPLAINT**

**(PROPOSED) ORDER FOR EX PARTE APPLICATION BY DEFENDANT R.H. MEISEL FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING OR MOTION TO FIRST-AMENDED COMPLAINT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Ricardo Lopez, V-49533
California Men's Colony
Cell 6279
P.O. box 8101
San Luis Obispo, CA 93409-8101
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 22, 2008**, at San Diego, California.

L. Bowen                                              *J. Bowen*
_____                   _____
Declarant                                              Signature

80274957.wpd