1  Michael I. Neil, SBN 40057
   Stephen T. Sigler, SBN 183860
2  N. Nedim Halicioglu, SBN 245115
   NEIL, DYMOTT, FRANK,
3      MCFALL & TREXLER
   A Professional Law Corporation
4  1010 Second Avenue, Suite 2500
   San Diego, CA 92101-4959
5  P 619.238.1712
   F 619.238.1562
6
   Attorneys for Defendant
7  MAJID MANI, M.D.

8

FILED

2008 AUG 26  PM 4: 15

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ KM4 _____DEPUTY

9                    UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11  RICARDO LOPEZ,                    )    Civil No. 08-0438 H (LSP)
    CDCR #V-49533,                    )
12                                    )    DEFENDANT MAJID MANI, M.D.'S
             Plaintiff,               )    NOTICE OF MOTION AND MOTION
13                                    )    TO DISMISS [FRCP 12(b)(6)]
    vs.                               )
14                                    )
    C. COOK, Medical Appeals Analyst; )    DATE:        October 3, 2008
15  R.H. MEISEL, Clinical Optometrist; )   TIME:        8:30 a.m.
    N. BARRERAS, Chief Medical Officer; )  COURTOOM:  G
16  MAJID MANI, Ophthalmologist,      )    HON. LEO S. PAPPAS
                                      )
17           Defendants.              )

18

19

20          TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:

21          PLEASE TAKE NOTICE THAT on October 3, 2008 at 8:30 a.m. Defendant MAJID MANI,

22  M.D. ("DR. MANI"), by an through his attorneys of record, will move this Court to dismiss

23  Plaintiff's First Amended Complaint filed June 13, 2008 as against DR. MANI.

24          Said motion will be based on the grounds that Plaintiff fails to allege facts sufficient to

25  constitute a cause of action against DR. MANI.

26  ////

27  ////

28  ////

1    Said Motion will be based up this Notice, the accompanying Memorandum of Points and

2    Authorities and any other matter subject to judicial notice.

3

4    Dated:    August 26, 2008              NEIL, DYMOTT, FRANK,
                                           MCFALL & TREXLER
5                                          A Professional Law Corporation

6

7                                          By:    _____
                                                  Michael I. Neil
8                                                 Stephen T. Sigler
                                                  N. Nedim Halicioglu
9                                                 Attorneys for Defendant
                                                  MAJID MANI, M.D.
10   Document13

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Motion To Dismiss Pursuant to FRCP 12(b)(6)