Michael I. Neil, SBN 40057
Stephen T. Sigler, SBN 183860
N. Nedim Halicioglu, SBN 245115
NEIL, DYMOTT, FRANK,
    MCFALL & TREXLER
A Professional Law Corporation
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
P 619.238.1712
F 619.238.1562

Attorneys for Defendant
MAJID MANI, M.D.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RICARDO LOPEZ, ) Case No.: 08-0438 H (LSP)
CDCR #V-49533, )
 ) **DEMAND FOR JURY TRIAL**
   Plaintiff, )
 )
vs. )
 )
C. COOK, Medical Appeals Analyst; )
R.H. MEISEL, Clinical Optometrist; )
N. BARRERAS, Chief Medical Officer; )
MAJID MANI, Ophthalmologist, )
 )
   Defendants. )

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

MAJID MANI, M.D., hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated:    September 3, 2008

NEIL, DYMOTT, FRANK,
MCFALL & TREXLER
A Professional Law Corporation


By:   s/ Stephen T. Sigler
      Michael I. Neil
      Stephen T. Sigler
      N. Nedim Halicioglu
      Attorneys for Defendant
      MAJID MANI, M.D.

**DEMAND FOR JURY TRIAL**                1                                          08-0438 H (LSP)